UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**PAUL NICHOLS,**

      **Plaintiff,**

  v.

**NANCY SIVILLI (in her official capacity), and ESSEX COUNTY SUPERIOR COURT,**

      **Defendants.**

Civ.No. 2:14-3821 (WJM)

**ORDER**

      **THIS MATTER** comes before the Court on Defendants' motion to dismiss Plaintiff's Second Amended Complaint pursuant to FED. R. CIV. P 12(b)(1) and 12(b)(6); for the reasons set forth in the accompanying opinion; and for good cause appearing;

      **IT IS** on this 19th day of December 2014, hereby,

      **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; and it is further

      **ORDERED** that Plaintiff's Complaint against Defendant Essex County Superior Court is **DISMISSED WITH PREJUDICE**; and it is further

      **ORDERED** that Plaintiff's claim for injunctive relief against Judge Nancy Sivilli is **DISMISSED WITHOUT PREJUDICE.**

                                                   /s/ William J. Martini
                                            **WILLIAM J. MARTINI, U.S.D.J.**